| | |
|---|---|
| UNITED STATES DISTRICT COURT | NOT FOR PUBLICATION |
| EASTERN DISTRICT OF NEW YORK | |

————————————————————X

MARK UVAYDOV,

          Plaintiff,

  -against-                                     **MEMORANDUM AND ORDER**

LIQUIDATION PROPERTIES INC., Its      07-CV-2246 (ERK)(LB)
Successors in Interest, Agents, Representatives,

          Defendant.

————————————————————X

KORMAN, United States District Judge:

      Magistrate Judge Lois Bloom entered a Report and Recommendation on June 6, 2007. Plaintiff nas not filed objections to the Report and Recommendation. Having reviewed the Complaint, the Order to Show Cause and the Report and Recommendation of Magistrate Judge Lois Bloom, the Report and Recommendation is ADOPTED and this action is DISMISSED. The Clerk of Court shall enter judgment and close this case.

SO ORDERED.

                                                      *Edward R. Korman*
                                                   EDWARD R. KORMAN, U.S.D.J.

Dated: Brooklyn, New York
       July 16, 2007